UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRIS BERNAICHE,

        Plaintiff,

                                              File No:  2:10-CV-250

v.

                                              HON. ROBERT HOLMES BELL

HARRIET SQUIER, M.D., et al.,

        Defendants.
                                       /

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 21, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendant MDOC Chief Physician Dr. Jeffrey Stieve's motion for summary judgment (Dkt. No. 19) be granted, and that Plaintiff's claims against Defendant Stieve be dismissed. (Dkt. No. 29, R&R.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the February 21, 2012, R&R (Dkt. No. 29) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Stieve's motion for summary judgment (Dkt. No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Stieve are **DISMISSED** without prejudice for failure to exhaust grievance remedies.


Dated: <u>March 14, 2012</u>　　　　　　　　　　　　/s/ Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　　　　　ROBERT HOLMES BELL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE