UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHRISTOPHER BERNAICHE,

    Plaintiff,

File No. 2:10-CV-250

v.

HON. ROBERT HOLMES BELL

HARRIET SQUIER, M.D., et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. Plaintiff filed a letter on February 14, 2013 (docket #45) asking for a copy of the docket sheet to verify the Court had received his response to Defendants' motion for summary judgment. Plaintiff's response to the motion was received (docket #41). Plaintiff was mailed a copy of the docket sheet on February 14, 2013. Since that time, Plaintiff has not filed any objections to the Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(C);

NOW THEREFORE, the Report and Recommendation (docket #44) is hereby approved and adopted as the opinion of this Court.

ACCORDINGLY, IT IS ORDERED that:

Defendants Squier's and Prison Health Services, Inc.'s motion for summary judgment (docket #35) is **GRANTED** and the claims against them are **DISMISSED**.

IT IS FURTHER ORDERED that the Court finds no good-faith basis for appeal within the meaning of 28 U.SC. §1915(a)(3).  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated: March 20, 2013                     /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE